

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00451-CV

**WHEELABRATOR AIR POLLUTION CONTROL, INC.**,
Appellant

v.

CITY OF SAN ANTONIO, Acting Through **CITY PUBLIC SERVICE BOARD OF SAN ANTONIO**, a Municipal Board of the City of San Antonio,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Appellee City Public Service Board of San Antonio recover its costs of this appeal from Appellant Wheelabrator Air Pollution Control, Inc.

SIGNED November 26, 2014.

_____
Karen Angelini, Justice